FILED

FEB 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   GEORGE L. BEVAN, JR. (CSBN 65207)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: 510-637-3689
7       Fax: 510-637-3679
        Email: george.bevan@usdoj.gov
8
    Attorneys for the United States of America
9
                UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA
11
                     OAKLAND DIVISION
12
    UNITED STATES OF AMERICA,        )    No. CR-06-559-DLJ
13
                Plaintiff,           )
14
                v.                   )    STIPULATION AND ORDER
15                                        TO RESET SENTENCING DATE
                                     )
16
    ED ATTANASIO,                    )
17
                Defendant.           )
18  _____)

19
        The United States and the defendant, through their respective counsel, jointly
20
    stipulate and respectfully request the Court to reset this matter on the Court's calendar for
21
    the date of **April 20, 2007**, at **10:00 a.m.**, for sentencing.  Defense counsel was recently
22
    hospitalized for a serious condition, and needs this additional time to prepare for the
23
    defendant's sentencing.
24

25

26  Dated: ___2/22/07___                  [signature]
                                        GEORGE L. BEVAN JR.
27                                      United States Attorney

28



1

2

3   Dated: 2-22-07

4                                          ED SAMUELS, ESQ.
                                           Attorney for Defendant Ed Attanasio
5

6

7

8   IT IS SO ORDERED.

9

10

11  Dated: 2-23-07

12                                         D. LOWELL JENSEN
                                           United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA RESPONSE TO REQUEST FOR
RULE 12(d)(2) NOTICE                        2